People ex rel. Flores v Franchi (2025 NY Slip Op 05486)

People ex rel. Flores v Franchi

2025 NY Slip Op 05486

Decided on October 7, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 7, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
WILLIAM G. FORD
LILLIAN WAN
LAURENCE L. LOVE, JJ.

2025-11712

[*1]The People of the State of New York, ex rel. Jaquelin Flores, on behalf of Alejandro Morales, petitioner,
v
Michael J. Franchi, etc., et al., respondents.

Laurette D. Mulry, Riverhead, NY (Jaquelin Flores pro se of counsel), for petitioner.
Raymond A. Tierney, District Attorney, Riverhead, NY (Danielle Sciarretta of counsel), for respondents.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Alejandro Morales upon his own recognizance or, in the alternative, to set reasonable bail upon Suffolk County Indictment No. 72701/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Suffolk County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BRATHWAITE NELSON, J.P., FORD, WAN and LOVE, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court